279 F.2d 687
 NATIONAL LABOR RELATIONS BOARD, Petitioner
v.
R. J. WATSON, d/b/a Watson Tract-R-Aids Company.
 No. 16481.
 United States Court of Appeals Eighth Circuit.
 May 12, 1960.
 
 On petition for enforcement of order of National Labor Relations Board.
 Marcel Mallet-Prevost, Asst. Gen. Counsel, and Dominick Manoli, Assoc. Gen. Counsel, N.L.R.B., Washington, D.C., for petitioner.
 PER CURIAM.
 
 
 1
 Order of Labor Board enforced; on petition for enforcement and stipulation filed with board.